ACCEPTED
03-15-00553-CR
8221400
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/14/2015 12:40:42 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00553-CR

In the Third Court of Appeals

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/14/2015 12:40:42 PM
JEFFREY D. KYLE
Clerk

## THE STATE OF TEXAS,

## Appellant

## Vs.

## PHILIP DUBORD

## Appellee

# FIRST MOTION FOR EXTENSION

# OF TIME TO FILE APPELLEE'S BRIEF

**WAYNE MEISSNER**
**State Bar Number 13912000**
**FITZGERALD & MEISSNER, P.C.**
**812 San Antonio, Suite 400**
**Austin, Texas  78701**
**(512) 474-4700**
**(512) 474-1606 (FAX)**
**wmeissner@fitzgeraldmeissner.com**

**December 14, 2015**          **ATTORNEY FOR APPELLEE**

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Tex. R. App. P. 10.1 and 38.6(d), the Appellee, Philip Dubord, files this First Motion to Extend Time to File Appellee's Brief.

Appellee's brief was apparently due November 30, 2015 although we mistakenly overlooked the designation of the State's Appeal as being accelerated.

Counsel for Appellee requests an extension of time to file its brief, making the brief due on or before December 21, 2015 consistent with the Court's Notice Letter dated December 9, 2015. This is the first request for extension of time to file the opening brief.

Counsel was not aware that this was an accelerated brief; therefore, counsel believed the due date of 30 days from the November 10, 2015 receipt of Appellant's Brief was appropriate for this case.

Counsel for Appellee seeks this extension of time for the Court to accept Appellee's previously filed Brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore, no verification is necessary under Rule of Appellate Procedure 10.2.

PRAYER FOR RELIEF

For the reasons set forth above, Appellee request that this Court grant this First Motion to Extend Time to File Appellee's Brief and extend the Deadline for Filing the Appellee's Brief up to and including December 21, 2015.

Respectfully submitted,

FITZGERALD & MEISSNER, P.C.
812 San Antonio, Suite 400
Austin, Texas  78701
(512) 474-4700
(512) 474-1606 (FAX)

By:  *Wayne Meissner*
Wayne Meissner
State Bar No. 13912000
Attorney for Appellee
wmeissner@fitzgeraldmeissner.com

## CERTIFICATE OF SERVICE

I certify that I have sent a complete and legible copy of this Appellee's brief via electronic transmission, to the Travis County Attorney's Office, ATTN:  Giselle Horton at TCAppellate@traviscountytx.gov on 14th day of December, 2015.

*Wayne Meissner*
Wayne Meissner

2